# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL ESTRADA,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No. 2:22-cv-02089-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  To the extent Defendant seeks to stay discovery pending resolution of its motion to dismiss, it must file a motion addressing the pertinent standards by October 23, 2023.  *See Kor Media Grp., LLC v. Green*, 294 F.R.D 579 (D. Nev. 2013).  If a motion to stay discovery is filed by that date, discovery will be stayed on an interim basis pending resolution of that request.  If a motion to stay discovery is not filed by that date, the parties must file a joint discovery plan by October 30, 2023.

IT IS SO ORDERED.

Dated: October 16, 2023

                                                                                                   
Nancy J. Koppe
United States Magistrate Judge