# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL ESTRADA,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No. 2:22-cv-02089-JAD-NJK

**Order**

[Docket No. 45]

Pending before the Court is Defendants' motion to stay discovery pending resolution of the motion to dismiss. Docket No. 45; *see also* Docket No. 43 (motion to dismiss). Plaintiff filed a response. Docket No. 46.[1] The Court has considered the governing test, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), and finds that a stay of discovery is warranted. Accordingly, the Court **GRANTS** the motion to stay discovery pending resolution of the motion to dismiss. In the event the underlying motion to dismiss is not granted in full, a joint status report or joint discovery plan must be filed within 14 days of the resolution of the motion to dismiss.

IT IS SO ORDERED.

Dated: January 29, 2024

                                            Nancy J. Koppe
                                            United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007). The Court construes Plaintiff's filing at Docket No. 46 as a response to both the motion to dismiss and the motion to stay discovery.